**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Johnny Alvarado Sanchez,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　-v-<br><br>William Joyce, *Acting New York Field Office Director, Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Blanche, *Acting U.S. Attorney General, U.S. Department of Justice*, U.S. Department of Homeland Security,<br><br>　　　　　　　　　　Respondents. | 2:26-cv-2285<br>(NJC) |

## <u>ORDER</u>

NUSRAT J. CHOUDHURY, United States District Judge:

On April 17, 2026, Petitioner filed a Petition for Writ of Habeas Corpus seeking release from ICE custody. (*See* ECF No. 1.) Respondents are government officials named in their official capacities and a government agency: (1) William Joyce, the Acting New York Field Office Director of Immigration and Customs Enforcement ("ICE"); (2) Markwayne Mullin, the Secretary of the United States Department of Homeland Security ("DHS"); (3) Todd Blanche, the Acting Attorney General of the United States; (4) and the United States Department of Homeland Security.

In response to the Petition, Respondents rely on and incorporate by reference the arguments they made to this Court in response to a habeas petition by another ICE detainee in *Rodriguez-Acurio v. Almodovar*, No. 25-cv-6065 (E.D.N.Y.) (Response to Order to Show Cause ("Opposition"), ECF No. 9 at 3.)

For the reasons set forth in this Court's decision in *Rodriguez-Acurio v. Almodovar*, 811 F. Supp. 3d 274 (E.D.N.Y. Nov. 28, 2025), which is incorporated by reference in its entirety in this Order, and additional reasons that will be set forth in more detail in a forthcoming opinion, the Court GRANTS Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, and hereby ORDERS that Respondents immediately release Johnny Alvarado Sanchez from custody.

The Court FURTHER ORDERS that Respondents must coordinate with Petitioner's counsel and thereafter release Petitioner, without any conditions, including but not limited to the condition of electronic monitoring whether GPS monitoring or any other form, into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than **Saturday, April 18, 2026 at 9:00 p.m**. Respondents must release Petitioner with all of his belongings that are in Respondents' possession, including but not limited to all identification cards, clothing, and money. Respondents shall confirm compliance with these directives, including by identifying the individual to whom Petitioner was released, in a filing on the docket by **Saturday, April 18, 2026 at 11:59 p.m**.

The Court FURTHER ORDERS that Respondents shall not deny Mr. Sanchez bond in any subsequent proceeding on the basis that he must be detained pursuant to Section 1225(b) absent a change in relevant circumstances consistent with this Order.


Dated: Central Islip, New York
April 18, 2026


*/s/ Nusrat J. Choudhury*
NUSRAT J. CHOUDHURY
United States District Judge
